Sutton Carpet Cleaners, Inc., Plaintiff, *v.* Firemen's Insurance Company of Newark, New Jersey, Defendant.

Ruth C. Wright, Appellant, *v.* Hyman Levine et al., Defendants, and Firemen's Insurance Company of Newark, New Jersey, Respondent.

Submitted July 16, 1948; decided October 7, 1948.

*Joseph L. Forscher* for motion.
*John L. Fletcher* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.